1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   MARTIN LEE FOSTER,                      No.  2:21-CV-0316-DMC-P

12              Plaintiff,

13        v.                                 <u>ORDER</u>

14   GAVIN NEWSOM,

15              Defendant.

16

17              Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C.

18   § 1983. Pending before the Court is Plaintiff's motion for leave to proceed in forma pauperis (ECF

19   No. 19). Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C.

20   § 1915(a). The Court will thus grant Plaintiff's request to proceed in forma pauperis.

21              Because the Court has granted a separate motion to proceed in forma pauperis, the

22   Court will also accordingly deny Plaintiff's pending motion for an extension of time to file a

23   certified copy of his trust account statement (ECF No. 17) as unnecessary.

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to proceed in forma pauperis (ECF No. 19) is **GRANTED**; and

2. Plaintiff's motion for an extension of time to file a certified copy of his trust account statement (ECF No. 17) is **DENIED** as unnecessary.

Dated: June 8, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE