IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN LEE FOSTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GAVIN NEWSOM,<br><br>　　　　Defendant. | No. 2:21-cv-00316-TLN-DMC<br><br><br>**ORDER** |

　　　　Plaintiff, a prisoner proceeding *pro se*, brings this civil rights action under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

　　　　On October 12, 2021, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  (ECF No. 31.)  No objections to the findings and recommendations have been filed.

　　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 12, 2021, (ECF No. 31), are adopted in full;

2. This action is dismissed for failure to state a claim;

3. All pending motions, (ECF Nos. 6 and 23), are DENIED as moot; and

4. The Clerk of the Court is directed to enter judgment and close this file.

**DATED: January 10, 2022**

Troy L. Nunley
United States District Judge